UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:90-cr-00085-MOC

| UNITED STATES OF AMERICA, | ) | |
| --- | --- | --- |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CECIL EDWARD JACKSON** | ) | |
| **ORRIN JACKSON** | ) | |
| **ERIC LAMOUNT WHITENER** | ) | |
| **ANTONIO FRANKLIN** | ) | |
| **CUNNINGHAM** | ) | |
| **DARYL PERNELL CAMPS** | ) | |
| **JAMES LOUIS BURGESS** | ) | |
| **GARY L. DAVIS** | ) | |
| **JAMES CHRISTOPHER GRIER** | ) | |
| **BRIAN JEFFERY MACK** | ) | |
| **DARRIN BERNARD ROSEBORO,** | ) | |
| | ) | |
| Defendants. | ) | |

**THIS MATTER** is before the court on government's Motion to Permit Limited Disclosure of Grand Jury Testimony. Having considered government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that government's Motion to Permit Limited Disclosure of Grand Jury Testimony (#134) is **GRANTED**, and the government is granted leave to serve certain defendants who are now petitioners in collateral judicial proceedings with the proposed page of Elliot Alexander's testimony as the court finds that such testimony is relevant to

an issue raised in those proceedings and that disclosure would further the interest of justice, all in accordance with Rule 6(e)(3)(E)(i), Federal Rules of Criminal Procedure.

Signed: June 12, 2015

Max O. Cogburn Jr
United States District Judge